# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO 24-5091-GF-JTJ** |
| **Plaintiff,** | **VIOLATIONS:** |
| | **E2028981** |
| **vs.** | **E2028982** |
| | **Location Code: M13** |
| **BRYAN F. BAYLES,** | |
| **Defendant.** | **ORDER** |

Upon unopposed motion of the United States and for good cause shown, **IT IS ORDERED** that the bench warrant ordered issued on October 8, 2024, is **QUASHED.  IT IS FURTHER ORDERED** than an initial appearance is rescheduled for December 5, 2024, at 9:00 a.m., at the Missouri River Courthouse in Great Falls, Montana.

DATED this 29th day of October, 2024.

John Johnston
United States Magistrate Judge