IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN F. BAYLES,<br><br>Defendant. | PO-24-5091-GF-JTJ<br><br>VIOLATIONS:<br>E2028981<br>E2028982<br>Location Code: M13<br><br>ORDER |

Based upon the United States' motion to accept the defendant's payment of a $200 fine and $30 processing fee for violation E2028982 (for a total of $230), and for good cause shown, **IT IS ORDERED** that the $230 fine paid by the defendant is accepted as a full adjudication of violation E2028982.

Based upon the United States' motion to dismiss the defendant's violation E2028981, **IT IS ORDERED** that violation E2028981 is **DISMISSED**.

//

//

//

//

**IT IS FURTHER ORDERED** that the initial appearance scheduled for February 6, 2025, is **VACATED.**

DATED this 17th day of December, 2024.

_____
John Johnston
United States Magistrate Judge